**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and MICHAEL PARISI, Revenue Officer,<br><br>  Petitioners,<br><br>  v.<br><br>ART SCHNEIDERMAN of Wilson, Sonsini, Goodrich & Rosati,<br><br>  Respondent. | No. C-09-2021 MMC<br><br>**ORDER DIRECTING PETITIONERS TO SERVE PETITION; SETTING BRIEFING SCHEDULE AND SCHEDULING AUGUST 7, 2009 HEARING ON PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS** |

Before the Court is petitioners' Verified Petition to Enforce Internal Revenue Service Summons, filed May 7, 2009. Having read and considered the petition, the Court hereby sets a deadline to serve the petition, a briefing schedule on the petition, and hearing date, as follows:

1. No later than June 8, 2009, petitioners shall serve the petition, together with a copy of this order, on respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure, and, no later than June 15, 2009, shall file proof of such service.

2. No later than July 6, 2009, respondent shall file any response to the petition, and shall serve a copy of any response on petitioners by sending a copy thereof to counsel for petitioners.

//

3. No later than July 20, 2009, petitioners may file a reply to any response filed by respondent.

4. The Court will conduct a hearing on the petition on August 7, 2009, at 9:00 a.m., in Courtroom 7, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California. All parties are ORDERED to appear in person or through counsel at such hearing.

**IT IS SO ORDERED.**

Dated:  May 11, 2009

_____
MAXINE M. CHESNEY
United States District Judge

2